JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| OLGA ZAKHARENKOVA,<br><br>                Petitioner,<br><br>      v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                Respondents. | Case No. EDCV 26-2353-AS<br><br><br>**JUDGMENT** |

     Pursuant to the Order granting unopposed petition,

     IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 19, 2026


                                    _____/s/_____
                                         ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE